UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK DAVIS,**<br><br>Petitioner,<br><br>v.<br><br>**U.S. PAROLE COMMISSION,** *et al.*,<br><br>Respondents. | Civil Action 05-48  (HHK) |

**MEMORANDUM**

This matter is before the Court on respondent's opposition to the petition for a writ of *habeas corpus*. By Order of July 7, 2005, petitioner was advised to respond to the opposition by August 12, 2005, or risk summary dismissal of the petition. Petitioner has neither filed a response nor sought additional time to do so. He effectively challenges the United States Parole Commission's jurisdiction over parole determinations of District of Columbia prisoners. Petitioner's claim is without merit for the reasons advanced in respondent's opposition. *See* Respondent's Opposition to Petitioner's Motion for a Writ of Habeas Corpus at 3-7. Petitioner also claims that he is serving a sentence that has expired, but he has not refuted respondent's assertion and evidence that he has "overlook[ed]" the forfeiture upon his parole revocation of credit for time spent on parole. *Id*. at 8-9. Accordingly, the habeas petition is denied. A separate Order of dismissal accompanies this Memorandum.

              _____s/s_____
              Henry H. Kennedy, Jr.
              United States District Judge

Date: October 13, 2005